IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LIONEL WILLIAMS,

        Plaintiff,                    No. CIV S-09-2416 LKK DAD P

    vs.

STATE OF CALIFORNIA, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff will be ordered to file a new in forma pauperis affidavit for a non-prisoner or paid the required filing fee. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 27, 2009 application to proceed in forma pauperis (Doc. No. 2) is denied without prejudice;

        2. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis by a non-prisoner on the form provided by

/////

1 the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will
2 result in the dismissal of this action; and
3    3.  The Clerk of the Court is directed to send plaintiff a new Application to Proceed
4 In Forma Pauperis By a Non-Prisoner.
5 DATED: April 12, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will2416.3a

2